**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1012

MIGUEL ADALBERTO PONCE-ARBAIZA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: December 19, 2023                          Decided: January 11, 2024

Before THACKER and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Robert J. Harris, Woodbridge, Virginia, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Anthony C. Payne, Assistant Director, Kathleen Kelly Volkert, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Adalberto Ponce-Arbaiza, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and Ponce-Arbaiza's claims and find no abuse of discretion. *See Williams v. Garland*, 59 F.4th 620, 632 (4th Cir. 2023) (stating standard of review). Accordingly, we deny the petition for review. *See In re Ponce-Arbaiza* (B.I.A. Dec. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
